No. 385. DUNN BROS., INC. *v.* STONE, CHAIRMAN, STATE TAX COMMISSION. Appeal from the Supreme Court of Mississippi. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *C. B. Snow, Junior O'Mara* and *George H. Butler* for appellant. *John E. Stone* for appellee.

No. 394. BERRYMAN *v.* OKLAHOMA. Appeal from the Criminal Court of Appeals of Oklahoma. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Sid White* for appellant.

No. 301. CHIU BUT HAO *v.* BARBER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to the District Court with directions to dismiss the petition for writ of habeas corpus upon the ground that the cause is moot. *Joseph S. Hertogs* for petitioner. *Solicitor General Soboloff* for respondent.